IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00767-RPM

HEALTH GRADES, INC.,
a Delaware corporation doing business in Colorado,

       Plaintiff,

v.

SUSAN L. PROWS,

       Defendant.
_____

ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

       The Court, having reviewed Defendant/Counterclaimant's Unopposed Motion to Modify Scheduling Order, filed December 22, 2005 (doc. 16), and good cause appearing therefor, hereby ORDERS as follows:

       1.     The deadline for expert witnesses is extended to March 1, 2006.

       2.     The discovery cutoff is extended to April 1, 2006.

       3.     The dispositive motion deadline is May 1, 2006

       Dated: December 27, 2005.

                                   BY THE COURT:

                                   s/ Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge