IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-CV-00767-RPM-MEH

HEALTH GRADES, INC.,

    Plaintiff/Counterdefendant, a Delaware Corporation
doing business in Colorado,

v.

Susan L. Prows;

    Defendant/Counterclaimant, a citizen and resident of
the State of Oregon,

_____

**ORDER GRANTING *STIPULATED* MOTION TO MODIFY
SCHEDULING ORDER**

_____

    The Court, having reviewed the parties Stipulated
Motion to Modify certain dates in the scheduling order,
and good cause appearing therefore, hereby ORDERS as
follows:

    1.   The deadline for expert witnesses is extended to
         May 1, 2006.

    2.   The discovery cutoff is extended to June 1,
         2006.

    3.   The dispositive motion deadline is July 1, 2006.


DATED this 15th day of February, 2006.


                              s/Richard P. Matsch
                              _____
                              Senior District Court Judge