IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00767-RPM

HEALTH GRADES, INC.,
a Delaware corporation doing business in Colorado,

        Plaintiff,

v.

SUSAN L. PROWS,

        Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

     Upon consideration of Defendant/Counterclaimant's Reply Withdrawing Second Motion to Compel (Doc. #36), the Motion to Compel (Doc. #29) is withdrawn.

DATED: May 17, 2006