IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-00767-RPM-MEH

HEALTH GRADES, INC.,

    Plaintiff/Counterdefendant, a Delaware corporation doing business in Colorado,

v.

Susan L. Prows;

    Defendant/Counterclaimant, a citizen and resident of the State of Oregon,
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT/COUNTERCLAIMANT'S FRAUDULENT MISREPRESENTATION AND ABUSE OF PROCESS COUNTERCLAIMS**
_____

    THIS MATTER having come before the Court on the parties Stipulated Motion to Dismiss Defendant/Counterclaimant's Fraudulent Misrepresentation (Second Counterclaim for Relief) and Abuse of Process (Fifth Counterclaim for Relief), and the Court being fully advised in the premises;

    HEREBY ORDERS that Prows' Fraudulent Misrepresentation (Second Counterclaim for Relief) and Abuse of Process (Fifth Counterclaim for Relief) be dismissed with prejudice, each party to pay its or her own costs and attorneys' fees.

    Date: June 23rd, 2006

                                BY THE COURT

                                s/Richard P. Matsch

                                _____
                                District Court Judge