**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 28, 2007
Courtroom Deputy:    Bernique Abiakam
FTR Technician:      Kathy Terasaki

---

Civil Action No. 05-cv-00767-RPM

HEALTH GRADES, INC., *a Delaware corporation
doing business in Colorado*,                            Daniel R. Satriana, Jr.
                                                        Kris J. Kostolansky

     Plaintiff,

v.

SUSAN L. PROWS,                                         Diane S. King

     Defendant.

---

## COURTROOM MINUTES

---

**Hearing on Plaintiff's Motion For Partial Summary Judgment**

**9:57 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Court's preliminary remarks.

10:06 a.m.     Argument by Mr. Satriana. Questions by the Court.

10:29 a.m.     Argument by Ms. King. Questions by the Court.

10:45 a.m.     Further argument by Mr. Satriana. Questions by the Court.

**ORDERED:**     **Plaintiff's Motion For Partial Summary Judgment (Filed 7/6/06; Doc. No. 45) is DENIED.**

Chambers will contact counsel to set a pretrial conference.

**11:00 a.m.**     **Court in recess.**

Hearing concluded. Total time in court: 1 hour 3 minutes.