IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00767-RPM

HEALTH GRADES, INC.,
a Delaware corporation doing business in Colorado,

        Plaintiff,

v.

SUSAN L. PROWS,

        Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

        Pursuant to the hearing on February 28, 2007, it is

        ORDERED that a pretrial conference is scheduled for **April 6, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

        The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **March 29, 2007.**

        Dated:   March 1st, 2007.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge