IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0767-RPM-MEH

HEALTH GRADES, INC.,

    Plaintiff/Counterdefendant, a Delaware Corporation doing business in Colorado,

v.

SUSAN L. PROWS,

    Defendant/Counterclaimant, a citizen and resident of the State of Oregon,

_____

## ORDER OF DISMISSAL WITH PREJUDICE

    THIS MATTER, having come before this Court on the parties Stipulation for Dismissal with Prejudice and the Court having reviewed the Stipulation and being fully advised the premises, hereby Orders that this civil action is dismissed with prejudice, each party to bear its or her own attorneys' fees and costs.

    Dated this 19th day of November, 2007.

                                                       s/Richard P. Matsch

                                                       _____
                                                       United States District Judge